# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DR. STEVEN ARKIN, a Florida Resident, individually and as the representative of a class of similarly-situated person,

    Plaintiff,

vs.

BRANDPERX, LLC, SCRIPTBAGS, LLC, Ohio limited liability companies, and JOHN DOES 1-5,

    Defendants.

                                   /

Case No. 8:16-cv-02784

## DEFENDANTS BRANDPERX, LLC'S AND SCRIPTBAGS, LLC'S UNOPPOSED MOTION FOR STAY PENDING SETTLEMENT

Defendants, BrandPerx, LLC ("Brandperx"), and ScriptBags, LLC ("ScriptBags"), by and through their undersigned counsel and in accordance with the Federal Rules of Civil Procedure, hereby file this, their Unopposed Motion for Stay Pending Settlement and state as follows:

1. For the past several weeks, Plaintiffs and Brandperx, LLC have been engaged in settlement negotiations.

2. On April 25, 2017, Plaintiffs filed their First Amended Class Action Complaint, naming for the first time ScriptBags, LLC as a Defendant. Brandperx and ScriptBags are required to respond to the First Amended Class Action Complaint today, June 9, 2017.

3. Today, Brandperx, ScriptBags, and Plaintiffs reached an agreement in principal to settle the above-captioned action in full. This settlement remains to be memorialized and funded. The Parties anticipate that at least 60 days will be required to accomplish that. Assuming completion of the settlement, this matter will be dismissed.

4. This Court inherently has the power to stay this action to permit the Parties to complete settlement. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

5. No party will be prejudiced by this stay and this stay will reduce the burden on the parties and Court by leading to the resolution of this matter completely.

6. The undersigned has conferred with counsel for Plaintiffs who has indicated there is no objection to the stay proposed by this Motion.

WHEREFORE, Brandperx, LLC and ScriptBags, LLC respectfully request that the Court enter an order granting this Motion and staying the above-captioned matter pending resolution through settlement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9, 2017 the foregoing was electronically filed with the Clerk of Court using the ECF electronic filing system which electronically notifies the following:

Ryan M. Kelly, Esq.
Ross M. Good, Esq.
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
rkelly@andersonwanca.com
rgood@andersonwanca.com

s/*Jason S. Lambert*
Robert E. Sickles, P.A.
Florida Bar No. 167444
rsickles@broadandcassel.com
John P. Gaset, Esq.
Florida Bar No. 98415
jgaset@broadandcassel.com
Jason S. Lambert, Esq.
Florida Bar No. 101121
jlambert@broadandcassel.com
**BROAD AND CASSEL**
100 North Tampa Street, Suite 3500

Tampa, FL 33602
Telephone: 813-225-3020
Facsimile: 813-225-3039
*Counsel for Defendant BrandPerx, LLC*